1  **MAYALL HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091
   DERICK E. KONZ, ESQ.
5  CA State Bar No. 286902
   Attorneys for DEFENDANTS
6
   JOHN L. BURRIS, ESQ.
7  BEN NISENBAUM, ESQ.
   **The Law Offices of John L. Burris**
8  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
9  Oakland, CA  94621
   Attorneys for PLAINTIFFS
10

11               UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13  **BRIANNA M. BROOKS, individually and as** )  No.  2:09-cv-03343-TLN-DAD
    **successor-in-interest to Decedent DENNIS** )
14  **BROOKS, DANESSA J. BROOKS; H.B., a** )  ORDER
    minor, by and through her guardian ad )
15  litem, BRENDA ANN CLOW-BROOKS,        )
                                          )  TRIAL DATE:   January 13, 2014
16              Plaintiff,                )  TIME:         9:00 a.m.
                                          )  COURTROOM: 2
17  vs.                                   )  JUDGE:        Hon. Troy L. Nunley
                                          )
18  **COUNTY OF SAN JOAQUIN, a municipal** )
    **corporation; STEVE MOORE, in his** )
19  **capacity as Sheriff for the COUNTY OF** )
    **SAN JOAQUIN; KEVIN CASSINELLI,** )
20  **individually, and in his official capacity as an** )
    **Officer for the COUNTY OF SAN** )
21  **JOAQUIN; ANGELA HURTADO,** )
    **individually, and in her official capacity as** )
22  **an Officer for the COUNTY OF SAN** )
    **JOAQUIN; MARK HUGHES, individually,** )
23  **and in his official capacity as an Officer for** )
    **the COUNTY OF SAN JOAQUIN;** )
24  **OCTAVIO SAMANIEGO, individually, and** )
    **in his official capacity as an Officer for the** )
25  **COUNTY OF SAN JOAQUIN; RALPH** )
    **HUGGINS, individually, and in his capacity** )
26  **as an Officer for the COUNTY OF SAN** )
    **JOAQUIN; and DOES 6-25, inclusive,** )
27                                        )
                Defendants.                )
28  _____

---

**Order on Stipulation for Vacating Dates Set Forth in Pretrial Order and Continuation of Trial Date**
Page 1

Having been advised by the parties that a conditional settlement has been effectuated by way of mediation, having confirmed this settlement with the mediator the Honorable Oliver W. Wanger (USDC Ret.), and having considered the stipulation of the parties, the court finds good cause for the following:

WHEREAS, all presently pending dates to include the filing of pretrial motions, the final pretrial conference of November 14, 2013, the hearing on motions in limine scheduled for January 9, 2014 and the trial date of January 13, 2014 are hereby vacated.

The court will provide notice to all parties of a further hearing, consistent with its calendar, to determine the status of the underlying settlement agreement and the progress of the necessary minor's compromise motion.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
Troy L. Nunley
United States District Judge