1 | JOHN L. BURRIS, Esq./ State Bar #69888
2 | BENJAMIN NISENBAUM, Esq./State Bar #222173
    LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
    Oakland, California 94621
4 | Telephone: (510) 839-5200    Facsimile: (510) 839-3882

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIANNA M. BROOKS, individually and as successor-in-interest to Decedent DENNIS BROOKS, DANESSA J. BROOKS; H.B., a minor, by and through her guardian ad litem, BRENDA ANN CLOW-BROOKS,

    Plaintiffs,

  vs.

COUNTY OF SAN JOAQUIN, a municipal corporation; et al.

    Defendants.
_____/

Case No. 2:09-cv-03343-TLN

**PLAINTIFFS BRIANNA M. BROOKS, DANESSA J. BROOKS, H.B., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, BRENDA ANN CLOW-BROOKS REQUEST TO SEAL DOCUMENTS AND ORDER**

    Pursuant to Eastern District Local Rule 141, Plaintiffs Brianna M. Brooks, Danessa J. Brooks, H.B., a minor by and through her Guardian Ad Litem, Brenda Ann Clow-Brooks, and ("Plaintiffs") file this request for leave to file certain confidential documents under seal in conjunction with Plaintiffs' Petition Appointing Guardian Ad Litem and Approving Minors' Compromise and (Proposed) Order. Plaintiffs are concurrently filing the Petition Appointing Guardian Ad Litem and Approving Minors' Compromise and (Proposed) Order with this request to seal documents.

    Minor Plaintiff H.B. has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights, wrongful death and personal injury tort claims under Federal and State statutes.  She is the daughter of Decedent DENNIS BROOKS.

**REQUEST TO SEAL DOCUMENTS AND ORDER**
Case No. 2:09-cv-03343- TLN

1

Plaintiffs' causes of action arise out an incident, which occurred on November 22, 2008, in which Decedent DENNIS BROOKS died after hanging himself in custody at San Joaquin County jail.

In support of their petition, the Plaintiffs seek to submit documentation from Settlement Professionals Inc. regarding the minor subject to this action as Exhibit A to the Petition Appointing Guardian Ad Litem and Approving Minors' Compromise and (Proposed) Order. The documentation contains personal identifying information regarding the minor subject to this action, such as first and last name, and the minor's month, day and year of birth.

Plaintiffs have submitted a "Request to Seal Documents," a proposed order for that request, and a copy of the documents sought to be sealed via electronic mail to the Court. Further, this request, the proposed order, and copies of the documents have been served on all parties via U.S. Mail.

LAW OFFICES OF JOHN L. BURRIS

Dated:  January 9, 2014         /s/*Benjamin Nisenbaum*
                                Benjamin Nisenbaum
                                Attorney for Plaintiffs

IT IS SO ORDERED that the Plaintiffs request to file the above referenced documents under seal is granted.

Dated: January 24, 2014

Troy L. Nunley
United States District Judge

**REQUEST TO SEAL DOCUMENTS AND ORDER**
Case No. 2:09-cv-03343- TLN

2