JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA M. BROOKS, individually and as successor-in-interest to Decedent DENNIS BROOKS, DANESSA J. BROOKS; H.B., a minor, by and through her guardian ad litem, BRENDA ANN CLOW-BROOKS,<br><br>       Plaintiffs,<br><br>  vs.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; et al.<br><br>       Defendants.<br>_____/ | Case No.  2:09-cv-03343-TLN<br><br>**PETITION APPOINTING GUARDIAN AD LITEM AND APPROVING MINORS' COMPROMISE AND ORDER** |

Petitioner BRENDA CLOW-BROOKS respectfully represents:

    1.    Petitioner BRENDA CLOW-BROOKS is the natural mother of minor plaintiff H.B. Minor Plaintiff H.B. was born on MAY 1996, and is presently 17 years old.

    2.    Minor Plaintiff H.B. has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights, wrongful death and personal injury tort claims under Federal and State statutes. She is the daughter of Decedent DENNIS BROOKS.

    3.    Plaintiffs' causes of action arise out an incident which occurred on November 22, 2008, in which Decedent DENNIS BROOKS died after hanging himself in custody at San Joaquin County jail.

    4.    No previous petition for appointment of guardian ad litem has been filed in this matter.

5. Petitioner is willing to serve as the minor's Guardian Ad Litem. Petitioner is fully competent to understand and protect the rights of the minor, and has no interest adverse to that of the minor.

6. Petitioner requests that she be appointed guardian ad litem for her daughter, as denoted above, to prosecute the above-described causes of action on behalf of her daughter, as denoted above, and for such other relief as the Court may deem just and proper.

7. The parties in this case have reached settlement in this matter. The total settlement of the case is in the amount of $550,000, including all costs and attorneys' fees. The three plaintiffs have agreed to split the settlement as follows: Minor Plaintiff H.B. shall receive 40% of the settlement, and Plaintiffs DANESSA BROOKS and BRIANA BROOKS shall each receive 30% of the settlement. The plaintiffs shall bear the same proportion of the costs of litigation in the case, which total $45,488.59. Minor plaintiff H.B.'s share of settlement proceeds from the $550,000.00 settlement in the instant action shall be in the total gross amount of $220,000.00, which shall be distributed as follows:

    a. Attorney fees for Minor Plaintiffs H.B. shall be at 25% each of her total gross recovery, in the amount of $55,000.00, pursuant to the contingency fee agreement in this case.

    b. Proportionate with Minor Plaintiff H.B.'s share of the $550,000.00 recovery, Minor Plaintiff shall bear 40% of the total $45,488.59 in litigation costs incurred by her counsel in this action, or $18,195.43.

    c. Minor Plaintiff H.B.'s net settlement is in the amount of $146,804.57.

    d. Minor Plaintiff H.B.'s net settlement shall be placed in a structured settlement as set forth in confidential, sealed Exhibit A attached hereto. The settlement shall be disbursed according to the terms of the structured settlement proposal, subject to annuity rates at the time of purchase.

9. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. of Law Offices of John L. Burris also represents plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq. and Benjamin Nisenbaum, Esq. hereby represent to the Court that they became involved in this case at the

Petition Appointing Guardian Ad Litem and Approving Minor's Compromise.
Case No. 2:09-cv-03343- TLN

2

request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

10. Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiffs, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

11. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said minor plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2013                /s/*Benjamin Nisenbaum*_____
                                        Benjamin Nisenbaum
                                        Attorney for Plaintiffs

**ORDER**

PURSUANT TO PLAINTIFF'S PETITION, the Court hereby grants Plaintiff's petition according to the terms of the terms of the petition herein.

BRENDA CLOW-BROOKS is hereby appointed Guardian Ad Litem to prosecute the claims of Minor Plaintiff H.B. in this action. The Court approves the Petition to Compromise Minor Plaintiff H.B.'s claims, and orders as follows:

    a.    Minor Plaintiff H.B. shall receive settlement in the amount of $220,000.00 in this action.

    b.    Attorney fees for Minor Plaintiff H.B. shall be at 25% of her total recovery, in the amount of $55,000.00, payable to their attorney, John L. Burris.

    c.    Minor Plaintiff H.B. shall bear 40% of the total $45,488.59 in litigation costs incurred by her counsel in this action, or $18,195.43, payable to her attorney, John L. Burris.

    d.    Minor Plaintiff H.B.'s net settlement in the amount of $146,804.57 shall fund the structured settlement filed confidentially under seal herein, and shall be disbursed according to the terms of the structured settlement proposal filed confidentially under seal herein, subject to annuity rates at the time of purchase. Defendants shall work with the broker of Plaintiff's choice to properly fund the structured settlement.

    e.    It is ordered that structured settlement annuity payments to Minor Plaintiff H.B., while she is a minor, will be made to Brenda Clow-Brooks for the benefit of Minor Plaintiff H.B.

Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants, if

Petition Appointing Guardian Ad Litem and Approving Minor's Compromise.
Case No. 2:09-cv-03343- TLN

4

Petitioner has not yet done so at that time, a full, complete, and final Release and discharge of and from any and all claims and demands of said minor by reason of the incident described in said Petition and the resulting injuries and damages to said minor.

Dated: February 7, 2014

_____
Troy L. Nunley
United States District Judge

Petition Appointing Guardian Ad Litem and Approving Minor's Compromise.
Case No. 2:09-cv-03343- TLN

5